CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, ORLANDO GARCIA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>DUQUESNE PROPERTIES, LLC, a California Limited Liability Company<br><br>　　　Defendants. | Case No.: 2:20-cv-11426-GW-AFM<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a partial settlement has been reached in the above-captioned case as to damages only. The case will proceed via noticed motion as to attorney fees/costs. The parties would like to avoid any additional expense, and further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed after the motion for fees/costs is heard and settlement is funded.

　　　　　　　　　　　　　　　　CENTER FOR DISABILITY ACCESS

Dated: April 20, 2021　　　　By: /s/ Amanda Seabock
　　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　Attorney for Plaintiff