UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA | ) Case No.: CV 20-11426-GW-AFMx |
| Plaintiff, | ) ORDER |
| v. | ) |
| DUQUESNE PROPERTIES, LLC, a California Limited Liability Company | ) |
| Defendants. | ) |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a motion for determination of attorney fees/costs, and file a dismissal thereafter. The Court sets an Order to Show re: Settlement Hearing for June 3, 2021 at 8:30 a.m. The parties are to file a joint status report by noon on June 1, 2021.

**IT IS SO ORDERED.**

Dated: April 20, 2021   _____
HONORABLE GEORGE H. WU
United States District Judge