JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | CASE NO.: CV 20-11426-GW-AFMx |
| Plaintiff | JUDGMENT |
| vs. | |
| DUQUESNE PROPERTIES, LLC, | |
| Defendant. | |

Pursuant to the Offer of Judgment, and the Acceptance of Offer of Judgment, filed on April 26, 2021, Judgment is entered for Plaintiff and against Defendant, pursuant to the conditions set for in the Offer of Judgment.

DATE:  April 28, 2021

/s/ Javier Gonzalez
Clerk of the Court